JS-6

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6595
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>$28,018.00 IN U.S. CURRENCY,<br><br>    Defendant.<br><hr>EARNEST LEONARD LEA and<br>VENITA MARIE GLOVER,<br><br>    Claimants.<br><hr> | NO. 12-5827 ODW (AJWx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

///

///

1

1    This action was filed on July 6, 2012.  Notice was given and
published in accordance with law.  Claimants Earnest Lenard Lea
("Lea") and Venita Marie Glover ("Glover") filed verified claims
on July 30 and 31, 2012, and answers on September 14, 2012.  No
other statements of interest or answers have been filed, and the
time for filing such statements of interest and answers has
expired.  Plaintiff and claimants Lea and Glover have reached an
agreement that is dispositive of the action.  The parties hereby
request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant $28,018.00 in U.S. currency (hereinafter "defendant currency"), other than Lea and Glover are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to $23,018.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.   $2,500.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid

to Earnest Lenard Lea in Oak Park, MI 48237.[1]  Lea will provide any and all information needed to process the return of funds according to federal law.

    5.   $2,500.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to Venita Marie Glover in Detroit, MI 48204.  Glover will provide any and all information needed to process the return of funds according to federal law.

    6.   Lea and Glover hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, Los Angeles Police Department and Los Angeles Sheriff's Department, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    7.   The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: February 20, 2013

                                    THE HONORABLE OTIS D. WRIGHT, II
                                    UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Local Rule 5.2-1, home addresses have been omitted from this Consent Judgment.

**Approved as to form and content:**

```
DATED: February 19, 2013        ANDRÉ BIROTTE JR.
                                United States Attorney
                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section


                                     /s/
                                KATHARINE SCHONBACHLER
                                Assistant United States Attorney
                                Attorneys for Plaintiff
                                United States of America


DATED: January 29, 2013


                                     /s/
                                EARNEST LEONARD LEA
                                Claimant, Pro Se


DATED: January 29, 2013


                                     /s/
                                VENITA MARIE GLOVER
                                Claimant, Pro Se
```

4